IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JOHN SNODDERLY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., et al., )<br>)<br>Defendants. )<br>) | 7:17-cv-01480-LSC |

**ORDER**

This Court has been advised by the Plaintiff that a settlement in principal has been reached between Plaintiff and Defendant Equifax Information Services, LLC in this matter and the parties are in the process of consummating the terms of the settlement. Accordingly, Plaintiff's claims against Defendant Equifax Information Services, LLC are DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action against Defendant Equifax Information Services, LLC within thirty (30) days from the date of this Order. Costs are taxed as paid.

Plaintiff's claims against all other Defendants remain pending.

**DONE** AND **ORDERED** ON NOVEMBER 21, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485