IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN SNODDERLY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 7:17-cv-01480-LSC |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) | |
| Defendants. | ) | |

**ORDER**

This Court has been advised by the Plaintiff that a settlement in principal has been reached between Plaintiff and remaining Defendants (1) Experian Information Solutions, Inc. (doc. 24) and (2) Wakefield and Associates, Inc. d/b/a Revenue Recovery Corporation (doc. 22) in this matter and the parties are in the process of consummating the terms of the settlement. Accordingly, Plaintiff's claims against remaining Defendants (1) Experian Information Solutions, Inc. and (2) Wakefield and Associates, Inc. d/b/a Revenue Recovery Corporation are DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action against remaining Defendants (1) Experian Information Solutions, Inc. and (2) Wakefield and Associates, Inc. d/b/a Revenue Recovery Corporation within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON DECEMBER 1, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485